No. 75–6633. GATES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6643. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6644. TRAMMELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6646. PALILLA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6649. MARCHESANI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–6651 PEZZINO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6652. MILLER ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–6656. LIEGGI *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied.

No. 75–6660. ANDERSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6662. WALKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6663. NUSSEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–6665. BOCOOK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–6668. DOCKERY *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–6670. VARNADO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.